# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-01291-SKO<br><br>**ORDER DIRECTING SERVICE OF COMPLAINT** |

Plaintiff John E. Thomas filed a complaint on August 3, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application was granted on August 4, 2011.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is DIRECTED to issue a summons; and
2. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon the Defendant as directed by the Plaintiff.

IT IS SO ORDERED.

**Dated:   August 8, 2011**                    /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE