BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOHN THOMAS, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____) | Case No. 1:11-cv-01291-SKO <br><br> STIPULATION AND ORDER FOR <br> A FIRST EXTENSION OF 7 DAYS FOR <br> DEFENDANT TO LODGE THE <br> CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of seven days to lodge the certified administrative record.  The parties stipulate to this extension based on the reasons set forth in the attached declaration of Daniel P. Talbert, attorney for Defendant.

    The current due date is December 9, 2011; the new due date will be December 16, 2011. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Stip. & Prop. Order for Extension        1

Respectfully submitted December 12, 2011.

                                                  Respectfully submitted,

Dated: December 12, 2011        */s/ Steven Rosales*
                                                  (As authorized via email)
                                                  STEVEN ROSALES
                                                  Attorney for Plaintiff

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Date: December 12, 2011         By *s/ Daniel P. Talbert*
                                                  DANIEL P. TALBERT
                                                  Special Assistant U. S. Attorney

                                                  Attorneys for Defendant Michael J. Astrue

                                                           ORDER

IT IS SO ORDERED.

**Dated:   December 14, 2011**                /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE