1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
            333 Market Street, Suite 1500
6           San Francisco, California 94105
7           Telephone:  (415) 977-8926
            Facsimile:  (415) 744-0134
8           E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                         UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
11                              SACRAMENTO DIVISION
12
   JOHN THOMAS,                     )   Case No. 1:11-cv-01291-SKO
13       Plaintiff,                 )
   v.                               )
14                                  )   STIPULATION AND ORDER FOR
                                    )   A FIRST EXTENSION OF 7 DAYS FOR
15                                  )   DEFENDANT TO LODGE THE
   MICHAEL J. ASTRUE,               )   CERTIFIED ADMINISTRATIVE RECORD
16 Commissioner of Social Security, )
17       Defendant.                 )
   _____  )
18

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective
20 counsel of record, that Defendant shall have a first extension of time of seven days to lodge the
21 certified administrative record.  The parties stipulate to this extension based on the reasons set
22 forth in the attached declaration of Daniel P. Talbert, attorney for Defendant.
23      The current due date is December 9, 2011; the new due date will be December 16, 2011.
24 Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience
25 caused by this extension.
26
27
28

   Stip. & Prop. Order for Extension          1

Respectfully submitted December 12, 2011.

                                          Respectfully submitted,

Dated: December 12, 2011        */s/ Steven Rosales*
                                         (As authorized via email)
                                         STEVEN ROSALES
                                         Attorney for Plaintiff

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Date: December 12, 2011         By *s/ Daniel P. Talbert*
                                         DANIEL P. TALBERT
                                         Special Assistant U. S. Attorney

                                         Attorneys for Defendant Michael J. Astrue

                                                 ORDER

IT IS SO ORDERED.

**Dated:   December 14, 2011**                  /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE