Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JOHN THOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOHN THOMAS, | Case No.:   1:11-CV-01291-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff John Thomas ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 23, 2012; and that Defendant shall have until June 22, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due June 29, 2012.

1  An extension of time for plaintiff is needed due to a serious illness in
2  Counsel's family. Counsel was recently informed that his Spouse's Stage IV breast
3  cancer which has metastasized to her liver, now has 15 tumors comprising 60% of
4  that organ. Counsel's spouse has begun her third round of chemotherapy due to
5  progression of her cancer and a lack of positive response to the prior two
6  chemotherapy treatments. Counsel requires the additional time to file the Opening
7  Brief to allow him to devote the appropriate time to assist his Spouse and his two
8  pre-school aged children through this obviously stressful experience. Counsel
9  sincerely apologizes to the court for any inconvenience this may have had upon it
10 or its staff.

11

12 DATE: March 23, 2012          Respectfully submitted,
13                               LAW OFFICES OF LAWRENCE D. ROHLFING
14                                    /s/ *Steven G. Rosales*
                              BY: _____
15                                Steven G. Rosales
                                  Attorney for plaintiff JOHN THOMAS
16

17 DATE:  March 23, 2012         BENJAMIN WAGNER
                                 United States Attorney
18

19

20                               */S/- *Tova Wolking*

21                               _____
22                               Tova Wolking
                                 Special Assistant United States Attorney
23                               Attorney for Defendant
                                 [*Via email authorization]
24

25

26

Case 1:11-cv-01291-SKO   Document 18   Filed 03/27/12   Page 3 of 3

## **ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 23, 2012, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to June 22, 2012 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due June 29, 2012.

IT IS SO ORDERED.

Dated:   **March 27, 2012**                        **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE